UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YANELA GHILARY HUAMAN VILLANUEVA,<br><br>                    Petitioner,<br><br>          v.<br><br>RON MURRAY, Warden Mesa Verde ICE Processing Facility, et al.,<br><br>                    Respondents. | Case No. 1:25-cv-01218-KES-HBK (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>Docs. 1, 37 |

Petitioner Yanela Ghilary Huaman Villanueva, a former immigration detainee, challenged her detention with a petition for writ of habeas corpus under 28 U.S.C. § 2241. *See generally* Doc. 1. Petitioner moved for a temporary restraining order. Doc. 22. The Court converted the motion into one for a preliminary injunction, granted the preliminary injunction, and ordered Respondents to release Petitioner. The Court referred the matter to the magistrate judge for further proceedings. Doc. 29.

On May 5, 2026, the assigned magistrate judge found Petitioner's re-detention was a violation of the due process clause "for the same reasons stated by the district court and analogous cases in other district courts," and recommended granting the petition. Doc. 37 at 3; *id.* at 2-3. The Court served the findings and recommendations on the parties and notified them that any objections were due within 14 days. The parties were advised that "failure to file objections within the specified time may result in the waiver of rights on appeal." *Id*. at 3-4

(citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014)).  Respondents did not file objections, and the deadline to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a de novo review.  Having carefully reviewed the entire matter, the Court concludes that the findings and recommendations are supported by the record and proper analysis.  The Court ORDERS:

1.  The findings and recommendations issued on May 5, 2026 (Doc. 37) are ADOPTED in full.

2.  The petition for writ of habeas corpus is GRANTED.

3.  If the government seeks to re-detain petitioner Yanela Ghilary Huaman Villanueva, then the government SHALL hold a pre-deprivation bond hearing before a neutral arbiter pursuant to section 1226(a) and its implementing regulations, at which the government must demonstrate by clear and convincing evidence that Petitioner is a flight risk or danger to the community such that her physical custody is legally justified.[1]

4.  The Clerk of Court is directed to enter judgment and close the case.

IT IS SO ORDERED.

Dated:    June 2, 2026

_____
UNITED STATES DISTRICT JUDGE

---

[1] This Order does not address the circumstances in which Respondents may detain Petitioner in the event she is subject to an executable final order of removal.

2